**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>MI JA PARK<br>       DEBTOR<br>       Plaintiff<br>WELLS FARGO BANK, N.A.<br>  v.<br><br>Mi Ja Park<br>and<br>Thomas P. Gorman, Trustee, | Chapter 13<br><br>Case No. <u>17-11124-BFK</u> |

**ANSWER AND REPORT OF TRUSTEE
TO RELIEF FROM STAY MOTION**

  COMES NOW Thomas P. Gorman, the Chapter 13 Trustee named upon this Motion for Relief from Stay, and for his Answer and Report to this matter, submits the following.

  (1) This Chapter 13 Case was filed by the Debtor on April 4, 2017.

  (2) The 341 Hearing for this case is scheduled for May 16, 2017, at 3:30 PM at the offices of the United States Trustee, Room 206 at 115 South Union Street, Alexandria, Virginia.

  (3) Neither your Trustee nor the Moving Creditor has had opportunity to inquire that would allow determination of the allegations contained in the Motion, or allow the relief requested by that Motion.

**ANSWER & REPORT OF TRUSTEE, PAGE 2**
**CASE #17-11124-BFK**

      AND HAVING FULLY ANSWERED, your Trustee prays for such disposition of this Motion as to this Court seems just.

Date:   April 21, 2017          __/s/ Thomas P. Gorman_____
                                                            Thomas P. Gorman
                                                            Chapter 13 Trustee
                                                             300 North Washington Street, Ste. 400
                                                             Alexandria, VA 22314
                                                             (703) 836-2226
                                                             VSB 26421

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Answer & Report of Trustee was served via ECF to authorized users or mailed to counsel for the Movant and counsel for the Debtor, or to Debtor Pro Se, this 21st day of April, 2017.

                                                             /s/ Thomas P. Gorman_____
                                                             Thomas P. Gorman